UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MARQUIS DESHAWN FRANCIS,<br><br>        Plaintiff,<br><br>vs.<br><br>STERLING INFOSYSTEMS, INC., CLEARSTAR, INC.,<br><br>        Defendants. | Case No.: 2:24-cv-00120-AWA-RJK |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Marquis Deshawn Francis ("Plaintiff" or "Mr. Francis") and Defendant Sterling Infosystems, Inc. ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulate the dismissal with prejudice as to Sterling Infosystems, Inc. only.

All parties who have entered an appearance have signed and stipulated, thus no further order of the court is required.

It is so STIPULATED.

//

1

Marquis Deshawn Francis
*/s/* Susan Mary Rotkis
Susan Mary Rotkis, VSB 40693
**CONSUMER ATTORNEYS**
2290 East Speedway Blvd.
Tucson, AZ 85719
Direct: 602-807-1504
Facsimile: 718-715-1750
E-mail: srotkis@consumerattorneys.com

*Attorney for Plaintiff,*
*Marquis Francis*

*/s/ John W. Montgomery, Jr.*
John W. Montgomery, Jr., VSB No. 37149
**Traylor, Montgomery & Elliott, PC**
130 E. Wythe Street
Petersburg, VA 23803
Telephone: (804) 861-1122
Facsimile: (804) 733-6022
jmontgomery@tmande.com

*Counsel for Defendant*
*Sterling Infosystems, Inc.*


*/s/ Ronald A. Page*
Ronald A. Page, Jr.
**Ronald Page PLC**
P.O. Box 73087
N. Chesterfield, VA 23235
T: (804) 562-8704
E: rpage@rpagelaw.com
and

Jason A. Spak (pro hac vice pending)
FisherBroyles, LLP
6360 Broad Street #5262
Pittsburgh, PA 15206
T: 412-230-8555
E: jason.spak@fisherbroyles.com

*Counsel for Defendant*
*Clearstar, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2024, 1 electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/ *Susan Mary Rotkis*
Susan M. Rotkis, VSB 40693
Consumer Attorneys, PLC
2290 East Speedway Blvd.
Tucson, AZ 85719
Telephone: (602) 847-1504
Fax: (602) 847-1504
Email: srotkis@consumerattorneys.com