UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MARQUIS DESHAWN FRANCIS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STERLING INFOSYSTEMS, INC.,<br>CLEARSTAR, INC.,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-00120-AWA-RJK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT STERLING INFOSYSTEMS, INC ONLY** |

　　　Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Sterling Infosystems, Inc. Only (ECF No. 24), and good cause appearing,

　　　**IT IS ORDERED** that the Stipulation is **GRANTED**.

　　　The above-entitled matter is hereby dismissed with prejudice as to Defendant Sterling Infosystems, Inc. only.

　　　**IT IS SO ORDERED.**

Dated: September 16, 2024

　　　　　　　　　　　　　　　　　　　　　_/s/ Arenda L. Wright Allen_
　　　　　　　　　　　　　　　　　　　　　HONORABLE ARENDA L. WRIGHT ALLEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

//

1